UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 27 2018 ★
BROOKLYN OFFICE

---

YISROEL SELWYN on behalf of himself and all other similarly situated consumers

              Plaintiff,

-against-

FORSTER & GARBUS LLP

              Defendant.

---

Case No. 1:18-cv-00893-ERK-SMG

STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       June 20, 2018

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
      June 20, 2018

/s/ Robert Arleo
Robert L. Arleo, Esq.
Attorney for the Defendant
380 Lexington Avenue, 17th Floor
New York, New York 10168
Office: (212) 551-1115
Fax: (518) 751-1801
E-mail: robertarleo@gmail.com

So ordered.
s/ERK
6/26/18